UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-mj-1067 |
| | ) | Judge Sharp |
| ROBERT STEVEN POLLORENO | ) | |

## ORDER

Pending before the Court is the Government's Emergency Motion for Stay of Release Pending Appeal (Docket No. 5). In that Motion, the Government asserts Defendant was taken into federal custody in the Central District of California on September 12, 2013. That same day a detention hearing was held and a United States Magistrate Judge granted Defendant bond and entered a release order.

The Government now seeks a stay, so as to allow it to file an appeal of the release order in accordance with 18 U.S.C. § 3145. That Motion is GRANTED and the Magistrate Judge's Order setting conditions of release is hereby STAYED.

Within forty-eight (48) hours of the entry of this Order, the Government shall file a Motion for Revocation of the Magistrate Judge's release order in accordance with 18 U.S.C. § 3145(a)(1), after which the Court will promptly set the matter for hearing.

It is SO ORDERED.

_____
Kevin H. Sharp
United States District Judge