# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-mj-1067 |
| | ) | Judge Trauger |
| ROBERT STEVEN POLLORENO | ) | |
| | ) | |

## O R D E R

The government's Motion For Reconsideration (Docket No. 9) is **GRANTED**. It is hereby **ORDERED** that the government's motion appealing the California Magistrate Judge's release order (Docket No. 7) is set for hearing on Monday, October 7, 2013, at 9:00 a.m. The government shall work with the United States Marshal's Service in order to expedite the transportation of this defendant to this district for the hearing. The defendant shall remain detained pending the hearing on October 7, 2013. It is further **ORDERED** that, because the financial condition of the defendant is unknown to this court, the Federal Public Defender shall appoint counsel to represent the defendant at the hearing on October 7, 2013. It is further **ORDERED** that the government shall secure and file with the court by October 2, 2013 a transcript of the proceedings held before the Magistrate Judge in California, as well as all documents filed in California in connection with the detention hearing, including the Magistrate Judge's Order.

It is so **ORDERED**.

ENTER this 25th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge