UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.
Hearing reset for
10/16/13 at 9:30 a.m.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:13-mj-1067 |
| | ) | |
| ROBERT STEVEN POLLORENO | ) | |

MOTION TO RESET DETENTION HEARING

The United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and S. Carran Daughtrey, Assistant United States Attorney, of Tennessee, respectfully requests this Court reset the detention hearing in this matter. The hearing currently is set for Monday, October 7, 2013, at 9:00 a.m., but information from the U.S. Marshal's Service indicates that the defendant will not be transported to the Middle District of Tennessee until October 15, 2013. Wherefore, the government respectfully requests that the detention hearing be reset until October 16, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on Sumter Camp, attorney for defendant, on this, the 2nd day of October, 2013.

s/ S. Carran Daughtrey
S. Carran Daughtrey